## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:  Nancy A Hurley

Docket #:  3:11CR00037

Judge:  The Honorable Thomas M. Rose

You have been ordered by the United States District Court to pay a special assessment of $_____ _____, restitution of $_____, and/or a fine of $_____*0*_____, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $ *50* , commencing *may* . This is based on the following analysis of your ability to pay:_____

_____ *Court ordered* _____

*[signature]*  *4-20-12*

U. S. Probation Officer                     Date

**Order of the Court:** The Court orders minimum monthly payments of $ *50* to commence on *[illegible] 2012* and to continue until the debt is satisfied or the Court alters the payment schedule.

*[signature]*  *7-5-12*

Signature of Judicial Officer            Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
712 U. S. Courthouse
200 W. Second Street
Dayton, Ohio 45402

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

*[signature]*  *04/20/12*

Defendant                     Date

*[signature]*  *4-20-12*

U.S. Probation Officer            Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU